

**SEALED**

FILED-USDC-NDTX-DA
'23 OCT 24 PM 1:55

AGC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| ALICE MARIE PENCE (01) | |

### INDICTMENT

The Grand Jury charges:

Count One
Transmitting a Threatening Communication in Interstate Commerce
(Violation of 18 U.S.C. § 875(c))

On or about March 12, 2023, in the Northern District of Texas and elsewhere, the defendant, **Alice Marie Pence**, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat, namely, **Pence** placed a call from Florida to the chambers of a United States District Judge in Amarillo, Texas, and threatened to kill the United States District Judge.

All in violation of 18 U.S.C. § 875(c).

Indictment - Page 1

Count Two
Influencing Federal Official by Threat
(Violation of 18 U.S.C. § 115(a)(1)(B))

On or about March 12, 2023, in the Northern District of Texas and elsewhere, the defendant, **Alice Marie Pence**, did threaten to murder a United States District Judge, with intent to impede, intimidate, and interfere with the United States District Judge while engaged in the performance of his official duties, and to retaliate against the United States District Judge on account of the performance of his official duties.

All in violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL.

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
801 Cherry St. Unit #4
Fort Worth, Texas 76131
Telephone: 817-252-5200
Fax: 817-252-5455
Email: matthew.weybrecht@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

ALICE MARIE PENCE (01)

INDICTMENT

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
Count 1

18 U.S.C. § 115(a)(1)(B)
Influencing Federal Official by Threat
Count 2

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this 24th day of October, 2023.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE